UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE PACIFIC RESOURCES,<br><br>Plaintiff,<br><br>v.<br><br>PALL CORPORATION, et al.,<br><br>Defendants. | Case No. 5:15-cv-05352-PSG<br><br>**ORDER TO SHOW CAUSE** |

On December 29, 2015, Plaintiff Blue Pacific Resources, Inc. and Defendants Pall Corporation, Danaher Corporation, Randstand Professionals US, LP and Randstad North America, Inc. submitted a joint notice of settlement.[1]  The notice indicated that the parties needed 30 days to file a dismissal.[2]  To date, no dismissal has been filed.  No later than February 15, 2016, Plaintiffs shall show cause why this case should not be dismissed for failure to prosecute.  Alternatively, the parties shall file the dismissal so that the court may close this case.

**SO ORDERED.**

Dated: February 2, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 25.

[2] *See id.* at 1.

Case No. 5:15-cv-05352-PSG
ORDER TO SHOW CAUSE

1